■ In the Matter of RICHARD GRAHAM, Appellant, v E. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent.

Mahoney, P. J., Main, Weiss, Yesawich, Jr., and Levine, JJ., concur.